# United States District Court for the Northern District of Illinois

Case Number: 08cv14                Assigned/Issued By: j. n.

Judge Name: LEINENWEBER         Designated Magistrate Judge: MASON

---

## FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00

[ ] IFP          [ ] No Fee       [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                    Receipt #: 2432030

Date Payment Rec'd: 1-2-08          Fiscal Clerk: J. N.

---

## ISSUANCES

[✓] Summons                         [ ] Alias Summons

[ ] Third Party Summons             [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                    _____
[ ] Citation to Discover Assets     (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

1 Original and 0 copies on 1-2-08 as to OAKBROOK SHOPPING CENTER, LLC
                         (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05