U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 08-cv-14

DISABLED PATRIOTS OF AMERICA, INC.,
a Florida Not-For-Profit Corporation, and
BONNIE KRAMER, Individually,
v.
OAKBROOK SHOPPING CENTER, LLC,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff DISABLED PATRIOTS OF AMERICA, INC.
and
Plaintiff BONNIE KRAMER

| NAME (Type or print) |  |
|---|---|
| THOMAS B. BACON, |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Thomas B. Bacon |  |
| FIRM |  |
| Fuller, Fuller & Associates, P.A. |  |
| STREET ADDRESS |  |
| 12000 Biscayne Blvd., Suite 609 |  |
| CITY/STATE/ZIP |  |
| North Miami, Florida |  |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 139262 | 305-891-5199 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐