3897

# United States District Court
## NORTHERN DISTRICT OF ILLINOIS

DISABLED PATRIOTS OF AMERICA, INC., a
Florida Non Profit Corporation, and BONNIE
KRAMER, Individually,

    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

vs.

**CASE NUMBER:** 08 C 14

OAKBROOK SHOPPING CENTER, LLC, a
Delaware Limited Liability Company,

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE MASON**

    Defendant.

To: (Name and address of defendant)

OAKBROOK SHOPPING CENTER, LLC
c/o Illinois Corporation Service Co.
801 Adlai Stevenson Drive
Springfield, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Thomas B. Bacon, Esq., Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel.: (305) 891-5199
Fax: (305) 893-9505

Jerome G. Silbert, Esq.
Jerome G. Silbert, Attorney at Law
10 S. Riverside Plaza, Suite 1020
Chicago, IL 60606
Tel.: (312) 207-0181
Fax: (312) 207-1332

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

Date

January 2, 2008
Date

440 (Rev. 05/00) Summons in a Civil Action

Disabled v Oakbrook

## RETURN OF SERVICE    USDC ND IL 08 C14

Service of the Summons and complaint was made by me [1]

DATE: Jan 9th 2008

NAME OF SERVER (PRINT): Robert Bartel

TITLE: Private Detective + Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Holly Blankenship, Clerk Oakbrook Shopping Center LLC c/o Illinois Corp Service Co. 801 Adlai Stevenson Dr  Springfield, IL 60606

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        | 35.00    | 35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Jan 9th 2008

Signature of Server

#115-001133

Address of Server: P.O. Box 11237  Spfld, IL 62791

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.