## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                     Case Number: 08 C 14
Disabled Patriots of America, Inc., et al.

                                                        Plaintiffs

    v.

Oak Brook Shopping Center, LLC.

                                                        Defendant.

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Oak Brook Shopping Center, LLC

| | |
|---|---|
| NAME (Type or print)<br><br>Edward D. Shapiro | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>/s/Edward D. Shapiro | |
| FIRM<br><br>MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. | |
| STREET ADDRESS<br><br>191 North Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP<br><br>Chicago, Illinois  60606-1615 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>06226069 | TELEPHONE NUMBER<br><br>(312) 521-2000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐