UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually, Plaintiffs, | Case No.: 1:08-CV-00014-HDL-MTM  Judge Harry D. Leinenweber |
| v. | **AFFIDAVIT OF THOMAS BACON** |
| OAKBROOK SHOPPING CENTER, LLC, a Delaware Limited Liability Company, Defendant. | |

THOMAS B. BACON, being duly sworn, hereby deposes and says as follows:

1. I am the attorney for the Plaintiffs in the above captioned action. The property at issue in the instant action is Oakbrook Center Mall, located at 100 Oakbrook Center, Oak Brook, IL 60523-1838, in Cook County, Illinois.

2. This is an action for injunctive relief to remove barriers to access pursuant to the Americans With Disabilities Act, 42 U.S.C. Sections 12181, et seq.

3. Accordingly, venue is proper in the Northern District of Illinois.

Respectfully submitted,

*[signature]*

Thomas B. Bacon, Esq. #139262
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel. (305) 891-5199; Fax (305) 893-9505
Tbb@fullerfuller.com

State of FLORIDA            )
County of MIAMI-DADE   )

SWORN TO AND SUBSCRIBED before me this 11th day of February, 2008, by Thomas B. Bacon, who is personally known to me.

_____
Notary Public Florida at Large



Alicia S. Lamar-Hepburn
Commission # DD562415
Expires June 11, 2010
Bonded Troy Fain - Insurance, Inc. 800-385-7019