# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08-CV-14-HDL

DISABLED PATRIOTS OF AMERICA, INC., et al.
v.
OAKBROOK SHOPPING CENTER, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Disabled Patriots of America, Inc. and Bonnie Kramer

| | |
|---|---|
| NAME (Type or print)<br>John P. Fuller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John P. Fuller | |
| FIRM<br>Fuller, Fuller & Associates, P.A. | |
| STREET ADDRESS<br>12000 Biscayne Blvd., Suite 609 | |
| CITY/STATE/ZIP<br>North Miami, FL 33181 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ND IL Bar No. 0276847 | TELEPHONE NUMBER<br>305-891-5199 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |