UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Disabled Patriots of America, Inc., et al.

          Plaintiff,

v.　　Case No.: 1:08–cv–00014
　　Honorable Harry D. Leinenweber

Oakbrook Shopping Center, LLC

          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: settlement conference..(wp, )Mailed notice.

Dated: July 31, 2008

/s/ Harry D. Leinenweber

United States District Judge