**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Disabled Patriots of America, Inc., et al.
                                    Plaintiff,

v.                                  Case No.: 1:08−cv−00014
                                    Honorable Harry D. Leinenweber

Oakbrook Shopping Center, LLC
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

    MINUTE entry before the Honorable Michael T. Mason:Status hearing set for 8/19/08 is stricken. Settlement conference set for 9/24/08 at 1:30 p.m. Parties are to strictly abide by this Court's Standing Order for Settlement Conference. Plaintiff&#039;s counsel to submit copies of both plaintiff's settlement demand letter and defendant's response letter to chambers, room 2206, by 9/18/08. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.