MHN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Disabled Patriots of America, Inc., a Florida not for profit corporation and Bonnie Kramer, Individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 14 |
| vs. | ) ) | Judge Leinenweber |
| Oakbrook Shopping Center, LLC, a Delaware Limited Liability Company, | ) ) ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

## FINAL ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING CASE

**THIS CAUSE** came before the Court on the Stipulation for Approval and Entry of a Consent Decree and Dismissal of the Case, and the Court having reviewed the pleadings and papers filed in this cause, and the Stipulation for Approval and Entry of Consent Decree and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED that:**

1. The Consent Decree, in the form annexed hereto, is APPROVED and ENTERED, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree;

2. The above-styled cause be and the same is hereby DISMISSED with prejudice; and

3. To the extent not otherwise disposed of herein, all pending motions are hereby DENIED or moot and the case is closed.

DONE AND ORDERED in Chambers at , _____, this 25th day of Nov., 2008.

_____
United States District Judge
HARRY D. LEINENWEBER